# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

JOYCE LEE

VERSUS

ANWAR, INC., SAVE MORE
MARKET, XYZ INSURANCE
COMPANY, AND NAUTILUS
INSURANCE COMPANY

NO. 2024 CW 0881

NOVEMBER 25, 2024

---

In Re: Anwar, Inc. and Nautilus Insurance Company, applying for
supervisory writs, 19th Judicial District Court, Parish
of East Baton Rouge, No. 720165.

---

BEFORE: THERIOT, CHUTZ, AND HESTER, JJ.

WRIT DENIED.

WRC
CHH

Theriot, J., dissents and would issue a briefing schedule
in accordance with La. Code Civ. P. art. 966(H).

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT